JUDGE KAREN L. STROMBOM

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR05-5539 |
| Plaintiff, | ) | |
| vs. | ) | ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE |
| KATHRYN R. BUE | ) | |
| Defendant. | ) | |

Upon the stipulation of the parties to continue the trial date in the above-captioned case, the Court finds that such a continuance would serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial; therefore,

IT IS HEREBY ORDERED that the trial date be continued to October 3, 2005. The period of delay resulting from this continuance from September 26, 2005 to October 3, 2005, falls within the 70-day period for speedy trial purposes under 18 U.S.C. §3161(h)(8)(A) and (B).

DONE this 27th day of September, 2005.

*/s/ Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

Presented By:
/s/                                              /s/

ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE                 1

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Ste. 400
Tacoma, Washington 98402
(253) 593-6710

1  Miriam F. Schwartz                          Capt. Glen Templeton
   Attorney for Defendant                      Special Assistant U.S. Attorney
2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE                    2